**Sukjin Henry Cho, Esq.**
2160 North Central Road, Suite 305
Fort Lee, NJ 07024
(201) 886-0200
Attorney ID# 015281987
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JOWON INTERNATIONAL, INC.,**<br><br>*Plaintiff,*<br>**v.**<br>**PULMUONE FOODS USA, INC.,**<br><br>*Defendant.* | **Civil Action**<br>**No. 2:26-cv-2610959**<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF |

Plaintiff, JOWON International, Inc., by and through its undersigned counsel, discloses pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: AUGUST 25, 2026.

/s/ Sukjin Henry Cho

**Sukjin Henry Cho, Esq.**
Attorney ID# 015281987
2160 N. Central Road, Suite 305
Fort Lee, New Jersey 07024
(201) 886-0200
Email: sjhenrycho@gmail.com

*Attorney for Plaintiff, JOWON International, Inc.*